■ FRANK W. SLOVINSKY, Respondent, v. BUFFALO TRANSIT COMPANY, INC., Appellant.—

Memorandum: The finding of the jury implicit in the verdict that the removal of the plaintiff's kidney was a proximate consequence of the accident was against the weight of evidence. (Appeal from judgment of Erie Trial Term for plaintiff in a negligence action. The order denied a motion for a new trial.) Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.